[This opinion has been published in *Ohio Official Reports* at 75 Ohio St.3d 396.]

THE STATE EX REL. WADDELL ET AL., APPELLANTS, *v.* MCMONAGLE, JUDGE, APPELLEE.

[Cite as *State ex rel. Waddell v. McMonagle*, 1996-Ohio-65.]

*Mandamus to compel trial judge to issue ruling on motion for summary judgment—*
*Writ denied when relators seek to compel trial judge to render decision*
*promptly.*

(No. 95-1444—Submitted February 20, 1996—Decided April 3, 1996.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 62937.

————————————

*Hall & Hall, Mary Elaine Hall* and *Edison H. Hall, Jr.,* for appellants.

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Gregory B. Rowinski,* Assistant Prosecuting Attorney, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.

————————————